UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                  Case No.:8:02-CR-60-T-30TGW

**DEBBIE FAYE THOMPSON**

---

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On November 9, 2006, came the United States Attorney and the Defendant DEBBIE FAYE THOMPSON, who appeared in person and with counsel.

It appearing to the Court that the above named Defendant having heretofore been convicted on July 26, 2006 in this case was placed on supervised release.

It further appearing to the Court that the above named Defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the Order of Probation/Supervised Release previously entered herein.

The Court has considered the factors set forth in 18 U.S.C. §3553(a), including considering the guidelines as advisory, and has also considered recommendations from the Probation Office. It is therefore

**ORDERED** and **ADJUDGED** that the Order of Probation/Supervised Release entered herein as to the above named Defendant is hereby **REVOKED**.

The Court revokes the defendant's term of supervised release and sentences the defendant to nine (9) months imprisonment followed by four (4) years of supervised release with the same special conditions as her current term of supervised release.   These

conditions include:

(1)  that the defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

(2)  that the mandatory drug testing provisions shall aplly pursuant to the Violent Crime Control Act. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic test thereafter as directed by the Probation Officer.

It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the Defendant.

**DONE** and **ORDERED** at Tampa, Florida, this ___9___ day of November, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal
United States Probation Office