UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| DEBBIE FAYE THOMPSON | Case Number: 8:02-cr-60-T-30TGW |
| | USM Number: 40128-018 |
| | Howard Anderson, pda. (Alec Hall present at revocation hearing) |
| | Defendant's Attorney |

**THE DEFENDANT:**
__X__ admitted guilt to violation of charge number(s) ONE, TWO, THREE, FOUR and FIVE of the term of supervision.

| **Violation Charge Number** | **Nature of Violation** |
|---|---|
| ONE | Failure to work regularly at a lawful occupation in Violation of Condition Five of Supervision (Grade C Violation) |
| TWO | Failure to notify ten days prior to any change in residence in violation of Condition Six of the Standard Conditions of Supervision (Grade C Violation) |
| THREE | Positive test result for methamphetamine on December 27, 2007, in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) |
| FOUR | Failure to submit to urinalysis, a Special Condition of Supervision (Grade C Violation) |
| FIVE | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition (Grade C Violation) |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 25, 2008
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

25 Sept. 2008
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation - Sheet 2 - Imprisonment

DEFENDANT: DEBBIE FAYE THOMPSON
CASE NUMBER: 8:02-cr-60-T-30TGW

Judgment - Page 2 of 2

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of NINE (9) MONTHS. This sentence shall run consecutively to the judgments imposed in Case No. 2006CF294, Circuit Court, Hardee County, Florida and Case No. 2007CF1342, Circuit Court, Polk County, Florida.**

**Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.**

__X__ The Court makes the following recommendations to the Bureau of Prisons: The defendant shall be placed at FCI Coleman (FL), if possible.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m. p.m. on _____.

    ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL